# EXHIBIT B



BUSINESS

# Home Depot bucks sluggish retail trends

By Reuters

May 16, 2017 | 1:41pm | Updated



Christopher Sadowski

**MORE ON:**
**HOME DEPOT**

**Home Depot punished staff who backed Black Lives Matter, labor board says**

**The 30 best deals on appliances from The Home Depot 4th of July sale**

**Police stop 'exorcism' in Home Depot lumber aisle**

**Home Depot tops Wall Street expectations, citing 'unprecedented demand'**

Home Depot's first-quarter profit and same-store sales topped estimates as customers spent more on expensive items such as appliances and flooring and roofing materials.

The company's shares rose about 2 percent to hit a record high of $160.83 in morning trading on Tuesday, after the No. 1 US home improvement chain also said second-quarter sales were off to a good start.

"While US GDP forecasts are mixed, housing continues to be a growing asset class and our sales thus far in May have been very good," Home Depot's Chief Financial Officer Carol Tomé said on a conference call.

Home Depot and smaller rival Lowe's have remained a bright spot in the retail sector as a firming economy and higher wages are driving new home sales and an increase in the value of existing houses has spurred remodeling activity.

Home Depot's results are in contrast to falling sales at department stores such as Macy's and JC Penney, which are struggling with lower customer spending on apparel and growing competition from online and off-price retailers.

Sales of big-ticket items, which are priced above $900 and account for a fifth of total sales, rose 15.8 percent in the first quarter ended April 30, Home Depot said.

Sales at stores open for more than a year rose 5.5 percent, above the 3.9 percent growth expected by analysts polled by research firm Consensus Metrix. Comparable sales at US stores increased 6 percent.

The number of customer transactions was up 1.6 percent in the quarter, while the average ticket value rose by about $2 to $62.39.

Inflation in commodity prices of lumber, building materials and copper also boosted average ticket prices by about 75 basis points, the company said.

Net income rose about 12 percent to $2.01 billion, or $1.67 per share, in the quarter.

Net sales increased 5 percent to $23.89 billion.

Analysts on average had expected earnings of $1.62 per share on revenue of $23.76 billion, according to Thomson Reuters I/B/E/S.

The company also raised its earnings forecast for the year ending January 2018 to $7.15 per share from $7.13, citing anticipated share repurchases of $5 billion this year.

**FILED UNDER**  **CONSUMER SPENDING** , **HOME APPLIANCES** , **HOME DEPOT** , **HOME IMPROVEMENT** , **HOMEOWNERS** , **RETAILERS** , 5/16/17

**READ NEXT** Hedgies raked in $11B in pay despite worst year since cras...

**SPONSORED STORIES**

Megan Thee Stallion, Naomi Osaka, Leyna Bloom make history with S.I. Swimsuit
The Grio

Netflix Cancels Another Rounds Of Great Shows
Investing.com

6 Credit Cards You Should Not Ignore If You Have Excellent Credit
NerdWallet

Here's What 30 Historical Figures Actually Looked Like
ItsTheVibe

[Gallery] Actor Posed With A Fan And Did Not Realize Who She Is
Definition

[Gallery] At 34, Maria Sharapova Has Never Been Married.
ItsTheVibe

Recommended 1/2

Splendid Spoon Is My Secret To Getting Fit And Feeling Good This Summer

Read More >

**[Pics] Scientists Believe They've Found Where Humans Came From**
Scientists Say They've Pinpointed The Place Where Every Human
Magellan Times

**[Pics] If You're Stuck In A Zip-Tie, Here's How To Escape Instantly**
If Your Wrists Are Ever Zip-Tied Together, There's One Simple Way
Scientific Mirror

**[Pics] She's Married To The World's Richest Man**
Definition

## AROUND THE WEB



**U.S. Burger Chains Ranked, And The Winner Is Pretty Surprising**
Mashed.com



**Jill Biden's Brutal Response To Kamala Harris' Joe Biden Attack**
NYPost.com



**Why You Can't Get Trader Joe's Most Popular Items Year Round**
Redtri.com



**White House Press Sec. Reveals The Reason She's Stepping Down**
Aol.com



### The Curry's Divorce Gets Messy As Affair Accusations Emerge
NYPost.com



### The Real Reason The Iconic Nirvana Album Baby Is Suing The Band
TMZ.com



### Child Actor Matthew Mindler Dead At 19
TMZ.com



### 6 Ways To Thank Your Mail Carrier For Being Awesome
Redtri.com

Powered by ZergNet

# RECOMMENDED FOR YOU





**Looking to buy your first home? You've come to the right place.**
Realtor.com

**All about Lorde's sunny yellow look from the 'Solar Power' music…**
New York Post



**Porn star Ron Jeremy indicted on more sex assault charges**
Page Six

**Medical Grade UPS Market to Signify Strong Growth by 2021-2027 &…**
MarketWatch

**Japanese Pop Star Kyosuke Himuro Sells Los Angeles Mansion Once…**
Mansion Global

**Celebrating the Eighth Anniversary of Address of Choice Pvt. Ltd.**
MarketWatch



© 2021 NYP Holdings, Inc. All Rights Reserved | Terms of Use | Privacy Notice | Your Ad Choices | Sitemap
| Your California Privacy Rights