

November 22, 2021

**VIA ECF**

Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    *Sadowski v. Barstool Sports, Inc.,* 1:21-cv-07254 (RA)

Dear Judge Abrams:

We represent Plaintiff Christopher Sadowski ("Plaintiff") in the above-captioned case. We write pursuant to Section 1.D of the Court's Individual Rules & Practices to respectfully request that the initial conference scheduled for December 3, 2021, at 2:15 p.m. be adjourned for approximately 45 days so as to allow the parties to further engage in meaningful settlement discussions. The parties also request that the November 24, 2021 deadline to file the parties' joint letter and proposed case management plan be adjourned until seven days before the date of any rescheduled conference.

(1) the original date of the conference is December 3, 2021 (and deadline to file the joint letter is November 24, 2021);

(2) no previous requests for adjournment or extension have been made;

(3) no previous requests were granted or denied;

(4) Counsel for defendant Barstool Sports, Inc. consents to the requested relief;

No other dates will be impacted by this request. Defendant's answer is not due to be filed until January 18, 2022. [Dkt. No. 8]

Respectfully Submitted,

s/jameshfreeman/
James H. Freeman

*Counsel for Plaintiff*

Application granted.

The initial pretrial conference scheduled for December 3, 2021 is hereby adjourned to January 20, 2022 at 4:45 p.m. The parties' joint letter and proposed case management plan shall be filed on or before January 13, 2022. The parties shall use the dial-in information provided below to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

_____
Hon. Ronnie Abrams
11/23/2021